UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANJA ILIC,<br><br>Defendant. | ) | Criminal No. 1:26-cr-10055-LTS |

ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by its attorneys, with the assent of counsel for the defendant, Sanja Ilic ("Ms. Ilic" or the "Defendant"), moves this Honorable Court for entry of an Order continuing the remote Status Conference, currently scheduled for November 18, 2026, until the week of January 14, 2027, or as soon thereafter as the Court's schedule permits. In support thereof, the United States states as follows:

1. On or about March 5, 2026, the United States and Ms. Ilic entered into a Plea Agreement, and Ms. Ilic was charged by Information with one count of Failure to File Adverse Event reports in violation of 21 U.S.C. §§ 331(q)(1)(B), 333(a)(2), and 360(i). ECF Dkts. 1, 2. At that time, Ms. Ilic was represented by Attorney Nicholas B. Johnson, Esq.

2. An Initial Appearance, Waiver of Indictment and Plea to Information hearing was set for April 1, 2026. ECF Dkt. 4. That hearing was rescheduled for and occurred on April 21, 2026. ECF Dkt. 5. At that hearing, defendant was represented by Attorney Katryna L. Spearman, Esq., who provided an update as to Ms. Ilic's health status, and the Court rescheduled the Initial Appearance and Waiver of Indictment and Plea to Information hearing to July 28, 2026.

3. Prior to the July 28, 2026 hearing, Ms. Ilic engaged new counsel, Attorney Michelle J. Shapiro, Esq., to represent her on a limited basis. ECF Dkt. 10.

4. On July 23, 2026, the government filed a motion, with the assent of counsel to the defendant, to convert the July 28 Initial Appearance and Waiver of Indictment and Plea to Information hearing into a status conference in order to discuss rescheduling the Initial Appearance and Waiver of Indictment and Plea to Information hearing. ECF Dkt. 11. The Court granted that motion. ECF Dkt. 12.

5. At the July 28 Status Conference, Attorney Shapiro provided an update as to Ms. Ilic's health status and requested an additional 60-day adjournment before discussing rescheduling the Initial Appearance and Waiver of Indictment and Plea to Information hearing. The Court set another Status Conference for September 28 at 3:00, to occur remotely. ECF Dkt. 14.

6. In advance of the July 28 Status Conference, the government requested a further adjournment considering the representation from counsel to the defendant that Ms. Ilic was continuing to experience significant medical issues and that additional time was necessary to ensure that she could fully understand and participate in the proceedings. ECF Dkt. 16. The Court granted that motion and reset the conference for November 18, 2028. ECF Dkt. 17.

7. Since then, the government and counsel to the defendant have continued to remain in regular communication regarding this matter. Counsel to the defendant has represented that

Ms. Ilic continues to experience significant medical issues and that additional time is necessary to ensure that she is able to fully understand and participate in the proceedings.[1]

For the reasons stated above, the United States respectfully requests that this Court continue the November 18, 2026 remote Status Conference until the week of January 14, 2027, or as soon thereafter as the Court's schedule permits.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Mackenzie A. Queenin*
MACKENZIE A. QUEENIN
Assistant U.S. Attorney

COLIN M. MCDONALD
Assistant Attorney General
U.S. Department of Justice
National Fraud Enforcement Division

*/s/ Sarah Rocha*
JOHN HOWARD
SARAH ROCHA
Trial Attorneys, Health Care Fraud Section

Date: November 13, 2026

[1] Counsel to the defendant has offered to provide additional medical details under seal, should the Court require them.

**CERTIFICATE OF SERVICE**

I certify that the foregoing filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Sarah Rocha*____________
SARAH ROCHA
Trial Attorney

Date: November 13, 2026